IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KELVIN WILKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE: 2:24-cv-00084 |
| LAKE COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LAKE, UNKNOWN OFFICERS OF LAKE COUNTY SHERIFF'S DEPARTMENT, CITY OF GARY, and UNKNOWN OFFICERS OF GARY POLICE DEPARTMENT. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, KELVIN WILKINS, by counsel Bradley A. Skafish of Deutschman & Skafish, P.C., Defendant, COUNTY OF LAKE, by counsel Caleb S. Johnson of Caleb S. Johnson Law, LLC., Defendant, LAKE COUNTY SHERIFF'S DEPARTMENT, by counsel, John M. Kopack, Defendant, UNKNOWN OFFICERS OF LAKE COUNTY SHERIFF'S DEPARTMENT, by counsel, Casey J. McCloskey, and Defendants, CITY OF GARY and UNKNOWN OFFICERS OF GARY POLICE DEPARTMENT, by counsel, Michael E. Tolbert and Shelice R. Tolbert, of Tolbert & Tolbert LLC, and do hereby stipulate to the dismissal of COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT and UNKNOWN OFFICERS OF LAKE COUNTY SHERIFF'S DEPARTMENT from the above-captioned matter with prejudice.  All claims remain pending against all other defendants.

Respectfully submitted,

/s/ Bradley A. Skafish
Bradley A. Skafish, #24687-64
Deutschman & Skafish, P.C.
77 W. Washington Street, Suite 1525
Chicago, IL 60602
brad@deutschmanlaw.com
Attorney for Plaintiff, Kelvin Wilkins

*/s/ Caleb S. Johnson*
Caleb S. Johnson, #23941-64
Caleb S. Johnson Law, LLC
113 W. Joliet Street, Suite 1
Schererville, IN 46375
cjohnson@csjlawllc.com
Attorney Defendant, County of Lake

/s/ John M. Kopack
John M. Kopack, #5302-45
9111 Broadway, Suite GG
Merrillville, IN 46410
john@kopack-law.com
Attorney for Defendant, Lake County Sheriff's Department

/s/ Casey J. McCloskey
Casey J. McCloskey, #18766-45
9111 Broadway, Suite GG
Merrillville, IN 46410
attymccloskey@hotmail.com
Attorneys for Defendants, Unknown Officers of Lake County Sheriff's Department

/s/ Michael E. Tolbert
Michael E. Tolbert, #22555-64
Shelice R. Tolbert, #22522-45
1085 Broadway, Suite B
Gary, IN 46402
mtolbert@tolbertlegal.com
stolbert@tolbertlegal.com
Attorneys for Defendants, City of Gary and Unknown Officers of Gary Police Department

## CERTIFICATE OF SERVICE

I certify that October 10, 2024, service of a true and correct copy of the above and foregoing pleading or paper was made upon all parties and/or counsel of record by electronic mail or court docket service: Bradley Skafish, brad@deutschmanlaw.com; John M. Kopack, john@kopack-law.com; and Casey J. McCloskey, attymccloskey@hotmail.com. Michael E. Tolbert, mtolbert@tolbertlegal.com.

Caleb S. Johnson Law, LLC

By:  /s/*Caleb S. Johnson*
     Caleb S. Johnson